## 57369. CITIZENS & SOUTHERN NATIONAL BANK v. BOUGAS.

DEEN, Chief Judge.

The decision in this case (149 Ga. App. 722) having been reversed in part by the Supreme Court, 245 Ga. 412 (1980), is hereby vacated and the judgment of the Supreme Court is made the judgment of this court. The plaintiff was not entitled to an award of punitive damages or attorney fees.

*Judgment reversed in part. McMurray, P. J., and Shulman, J., concur.*

ARGUED MARCH 7, 1979 — DECIDED APRIL 23, 1980.

*William C. Humphreys, Jr., Jay D. Bennett,* for appellant.
*Michael J. Kovacich,* for appellee.

## 57673. WEBB v. HENNESSY.

SOGNIER, Judge.

Pursuant to the order of the Supreme Court of Georgia, 245 Ga. 329 (1980), the judgment of this court in *Webb v. Hennessy,* 150 Ga. App. 326 (257 SE2d 315) (1979), is vacated and the judgment of the trial court is affirmed.

*Judgment affirmed. Deen, C. J., and Birdsong, J., concur.*

ARGUED APRIL 10, 1979 — DECIDED APRIL 23, 1980.

*Roy E. Barnes, Gregory C. Chastain, Thomas J. Browning,* for appellant.
*Charles M. Lokey, Glenn Frick, I. J. Parkerson,* for appellee.